IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISMAEL H. PADILLA, ) | |
| ID # 356764, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:11-CV-3509-M-BH |
| ) | |
| STUART JENKINS, Director, ) | |
| Board of Pardons and Paroles, ) | |
|     Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Plaintiff's April 4, 2012 Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED this 9th day of April, 2012.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS